# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>THOMAS B. O'SHELL and JULIET C. O'SHELL,<br><br>Debtor(s). | Chapter 13 Proceedings<br><br>Case No. 4:15-bk-15870-BMW<br><br>**INTERIM REPORT OF MORTGAGE MODIFICATION MEDIATION PROGRAM MEDIATOR** |

The undersigned Mortgage Modification Mediation ("MMM") Program Mediator reports to the Court as follows:

A. The initial MMM conference was conducted on <u>September 28, 2017</u> and the following parties were present:

☒ The Debtor [and Debtor's attorney], <u>Thomas O'Shell and Daniel Rylander</u>

☐ The co-obligor/co-borrower/or other third party, _____

_____

☒ The Lender's representative, <u>Josh Ring, mediation underwriter</u>

and Lender's attorney, <u>Lakshmi Jagannath</u>

☒ Other: <u>(second session held)</u>

B. The initial MMM conference was scheduled for _____, but not conducted for the following reason:

☐ The parties settled prior to attending.

☐ The case was dismissed.

☐ The Debtor or ☐ Debtor's attorney failed to attend.

☐ The Lender's representative or ☐ Lender's attorney failed to attend.

☐ Other: _____.

C. The result of the initial MMM conference is as follows:

☒ The parties reached a Trial Loan Modification agreement.

☐ Other: _____
    _____

Respectfully submitted this <u>28th</u> day of <u>    September    </u>, 20<u> 17 </u>.


<u>/s/ Kathryn Johnson Finn                    </u>
Signature of Mediator


<u>Kathryn Johnson Finn                       </u>
Print Name

Address:  <u>425 W. Paseo Redondo, Suite 2</u>

<u>Tucson, AZ 85701                       </u>

_____

_____

Telephone:  <u>(520) 743-2257                  </u>

Email:  <u>kathy@kathyjohnsonlaw.com        </u>